In the Matter of HAROLD O. HANSEN et al., Respondents, and JOSEPH KEESE et al., Appellants, against ANDREW G. CLAUSON, JR., et al., Constituting the Board of Education of the City of New York, Appellants and Respondents.

Argued January 2, 1951; decided January 18, 1951.

*William F. Cassin* and *Edward J. Barry* for petitioners, appellants and respondents.

*John P. McGrath, Corporation Counsel* (*Morris Weissberg, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.